UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL CRUZ SANTIAGO and MARCO ANTONIO PEREZ PEDROZA,<br><br>    Petitioners,<br><br>    v.<br><br>LAURA HERMOSILLO et al.,<br><br>    Respondents. | Case No. C25-2700-RSM<br><br>ORDER REASSIGNING CASE TO JUDGE CARTWRIGHT |

Upon review of the materials filed in this case, the Court finds good cause for re-assignment. This case shall now be re-assigned to the Honorable Tiffany M. Cartwright, United States District Judge. All future documents in this matter must bear case numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records to reflect these changes. The Clerk is directed to send a copy of this Order to the parties.

DATED this 30th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1